UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATHANIEL SIMS,<br><br>                              Plaintiff,<br><br>        -against-<br><br>OPTIMUM TV, MICHELLE BAEZ, CON EDISON,<br><br>                              Defendants. | 22-CV-3750 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 29, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 29, 2022
        New York, New York

                                           /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                           Chief United States District Judge